Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the

__FIRST___ District of __NEW YORK__

__WHITE PLAINS / SOUTHERN__ Division

**ROBERT MALEK**

_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

**PLEASE SEE ATTACHED**

_Defendant(s)_
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
_(to be filled in by the Clerk's Office)_

RECEIVED
JUN 24 2021
U.S.D.C.
W.P.

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.    The Parties to This Complaint

####    A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | ROBERT MALEK |
| Street Address | 2609 EAST 14TH STREET # 304 |
| City and County | BROOKLYN,, COUNTY OF KINGS |
| State and Zip Code | NEW YORK, 11235 |
| Telephone Number | 929 441 8429 |
| E-mail Address | ABC75ABC@GMAIL.COM |

####    B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

## DEFENDANTS

1. ACS ( ALSO KNOWN AS ACS OF NEW YORK CITY, AKA ADMINISTRATION FOR CHILDRENS SERVICES )150 WILLIAM STREET, NEW YORK, NEW YORK 10001

2. DAVID HANSELL ( COMMISSIONER OF ACS IN HIS OWN CAPACITY )150 WILLIAM STREET, NEW YORK NEW YORK 10001

3. JENNIFER FIELLMAN ( ASSISTANT COMMISSIONER OF ACS IN HER OWN CAPACITY ) 150 WILLIAM STREET, NEW YORK NEW YORK 1001

4. NICOLA GIBSON ( ACS ATTORNEY IN HER OWN INDIVIDUAL CAPACITY )330 JAY STREET, BROOKLYN, NEW YORK 11201 12TH FLOOR

5. ROSMIL ALMONTE ( ACS ATTORNEY IN HER OWN INDIVIDUAL CAPACITY )330 JAY STREET, BROOKLYN, NEW YORK 11201 12TH FLOOR

6. IYEISHA WITHERSPOON ( ACS MANAGER / SUPERVISOR IN HER OWN CAPACITY )1274 BEDFORD AVENUE, BROOKLYN, NEW YORK 11216

7. MELISSA HAYES, ( ACS MANAGER / SUPERVISOR IN HER OWN INDIVIDUAL CAPACITY ) 1274 BEDFORD AVENUE, BROOKLYN, NEW YORK 11216

8. PAULA GARCIA ( ACS WORKER IN HER OWN INDIVIDUAL CAPACITY ) 1274 BEDFORD AVENUE, BROOKLYN, NEW YORK 11216

9. NYC DEPARTMENT OF INVESTIGATION 180 MAIDEN LANE, 16TH FLOOR NEW YORK, NEW YORK 10038

10. OCTAVIA HILL ( 2ND IN COMMAND AT NYC DEPT OF INVESTIGATION IN HER OWN INDIVIDUAL CAPACITY ).180 MAIDEN LANE, 16TH FLOOR, N.Y., N.Y. 10038

11. LAURA MILLENDORF ( COMMISSIONER OF DEPARTMENT OF INVESTIGATION IN HER OWN CAPACITY )180 MAIDEN LANE, 16TH FLOOR, N.Y., N.Y. 10038

12. MANHATTAN DISTRICT ATTORNEYS OFFICE 1 HOGAN PLACE NY NY 10013

13. JAMES ZALETA, ( ASSISTANT DA MANHATTAN ) IN HIS OWN CAPACITY 1 HOGAN PLACE NY NY 10013

14. LEGAL AID SOCIETY 199 WATER STREET NY NY 10038

15. JUDITH STERN 199 WATER STREET NY NY 10038

16. JANET SABEL 199 WATER STREET NY NY 10038

17. TRAVIS JOHNSON 330 JAY STREET 3RD FLOOR BROOKLYN, NEW YORK 11201

18. ROBERT MAES 195 MONTAGUE STREET 5TH FLOOR BROOKLYN, NEW YORK 11201

19. MARGARET INGOGLIA AS THROUGH HER ATTORNEY, ROBERT MAES

20. JACQUELINE D. WILLIAMS, JUDGE ACS / FAMILY COURT 330 JAY STREET 10TH FLOOR PART 6 BROOKLYN, NEW YORK 11201

21. NYPD ( NEW YORK POLICE DEPARTMENT ) 1 POLICE PLAZA, NEW YORK NEW YORK 10001

22. SUN RIVER HEALTH AKA BRIGHTPOINT HEALTH 1669 BEDFORD AVENUE BROOKLYN, NEW YORK 11225

23. JANIE GROFF 1669 BEDFORD AVENUE BROOKLYN, NEW YORK 11225

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1    **THERE ARE 23 OF THEM. PLEASE SEE ATTACHED.**
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 2
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 3
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 4
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question            [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
42 US 1981 ( A ), 42 US 1983, 42 US 1985 ( 3 ), 42 US 1986, 42 US 2000 A ( A ), 42 US 2000A -2, RW US 2000 A -3, 42 US 2000A-6, 42 US 2000 B-2, 42 USC 2000D ET SEQ., CIVIL RIGHTS ACT OF 1964 TITLE VI - EX. ORD. NO. 13899, 18 US 241, 242 ( CIVIL ), 18 US 371, 18 US 1001, 18 US 455, 1ST AMENDMENT, 4TH AMENDMENT, 9TH AMENDMENT, 10TH AMENDMENT, 14TH AMENDMENT, ABUSE OF PROCESS, CIVIL CONSPIRACY ( 18 US 242 ), DEFAMATION, EMOTIONAL DISTRESS ( NEGLIGENT / INTENTIONAL ), FRAUD, ) FRAUDULENT MISREPRESENTATION, INJURIOUS FALSEHOOD, PRIMA FACIE TORT, MONELL DOCTRINE.

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

        The plaintiff, *(name)* ROBERT MALEK , is a citizen of the State of *(name)* NEW YORK .

    b.  If the plaintiff is a corporation

        The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

        and has its principal place of business in the State of *(name)* _____

        _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)      **THERE ARE 23 OF THEM. PLEASE SEE ATTACHED.**

    a.  If the defendant is an individual

        The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.    If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

        Or is incorporated under the laws of *(foreign nation)* _____,

        and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$ 4,000,000,000 ( ACTUAL, PUNITIVE, EXEMPLARY, CONSEQUENTIAL, INCIDENTAL) DEFENDANTS HAVE CONSPIRED AND ATTEMPTED TO MAKE FALSE STATEMENTS AS TO PLANTIFF HAVING COMMITTED SEVERAL CRIMES AND PLED GUILTY TO PROVIDE BASIS FOR AN ORDER OF PROTECTION WITHOUT INFORMING DEFENDANT. THEN USING SUCH ORDER OF PROTECTION AS A SECRET TRAP TO PLACE PLANTIFF IN JAIL FOR GOING TO SEE HIS OWN DAUGHTER AT SCHOOL. R. MALEK WAS CALLED BY THE POLICE WHOM INFORMED HIM TO CONTACT THEM OR HE WAS GOING TO BE ARRESTED. I HAVE BEEN CONVICTED OF CRIMES I NEVER COMMITTED NOR BEEN IN COURT TO DEFEND AGAINST AND DEFENDANTS ARE USING SUCH CRIMES TO FRAME ME FOR ANOTHER CRIME.

**III.    Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

IN NEW YORK NEW YORK AND BROOKLYN NEW YORK
1ST JUDICIAL DISTRICT AND 2ND JUDICIAL DISTRICT.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

IN 1/11/2021 COURT REPORT, REPORTED ON 1/17/2021, ACS NYC FILED UNTO STATE RECORDS FALSE DOCUMENTS IN VIOLATION OF STATE PENAL CODE 175.30 THAT I WAS ARRESTED FOR SEVERAL CRIMES ON 1-2-2020 AND PLED GUILTY ON 4-19-2020. SUCH ARRESTAND CONVICTION NEVER TOOK PLACE. ACS THEN USED SUCH FALSEHOODS TO OBTAIN AN ORDER OF PROTECTION OF WHICH I WAS NOT SERVED WITH TO SET A TRAP ( 3-26-2021 ), ACS THEN EFFECTUATES DISTRIBUTING FALSE INFORMATION OF ME BEING SERVED WITH A SECRET ORDER OF PROTECTION UPON STATE AND FEDERAL LAW ENFORCEMENT DATABASES THROUGHOUT THE U.S. ( APPROXIMATELY 3-26-2021 TO 4/2021 ) THEN IT IS ALLEGED THAT I WENT TO SEE MY DAUGHTER AT SCHOOL VIOLATING THE ORDER OF PROTECTION. ( 4-2021 ) NYPD TOLD ME A WARRANT WILL BE ISSUED FOR MY ARREST AFTER POLICE REPORT WAS MADE BY MARGARET INGOGLIA. ( 4-2021. ) A WARRANT CAN STILL BE ISSUED AT ANY TIME. OF NOTE IS THAT ACS MADE ANTI SEMITIC STATEMENTS BY STATING THAT I WAS JEWISH AND NOT AMERICAN. ACS HAS ALSO MADE ANTI SEMITIC STATEMENTS AGAINST JEWISH THERAPISTS THAT THEY WERE NOT REAL PEOPLE. ( ENGLE, GLAUBERMAN AND SCHWARTZ )

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

AS STATED ABOVE, ACS FILES A FACTUALLY FALSE COURT REPORT. ACS THEN USES SUCH FALSE INFORMATION TO OBTAIN AN ORDER OF PROTECTION. ACS DOES NOT SERVE THE ORDER OF PROTECTION, NOR DOES JUDGE WILLIAMS INFORM ME THERE IS ONE, ACS THEN EFFECTUATES BROADCAST OF FALSE INFORMATION UPON LOCAL , STATE AND FEDERAL LAW ENFORCEMENT DATABASES THAT I WAS SERVED WITH AN ORDER OF PROTECTION THAT I WAS NOT SERVED WITH. WITH TRAP SET, I AM TOLD I AM GOING TO BE ARRESTED FOR GOING TO SEE MY DAUGHTER AT SCHOOL. THIS IS A MATTER WHERE CIVIL PROCEDINGS ARE BEING USED TO CRIMINALLY VICTIMIZE RESPONDENT. FURTHERMORE, ACS INFORMS MY DAUGHTERS THERAPIST WHOM THEN WRITES IN HER COURT REPORT THAT I VIOLATED THE ORDER OF PROTECTION. LEGAL AID JUDITH STERN SUPPORTS ACS THAT I WAS ARRESTED TO APPELLATE COURT. WHEN I TRIED TO INFORM JUDGE WILLIAMS WHOM WROTE THIS SECRET ORDER ABOUT WHAT ACS DID, SHE TOLD ME TO STOP TALKING AND IGNORED EVERYTHING I SAID. REGARDING THIS MATTER.

IV. **Irreparable Injury**

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

MONETARY DAMAGES CANNOT TAKE THE PLACE OF LOSING ONES RIGHTS AS AN AMERICAN. FOR ACS TO CONVICT ME OF CRIMES THAT I NEVER COMMITTED, CONVICTED OR ARRESTED FOR, PLACING SUCH INFORMATION UNTO STATE RECORDS, OBTAINING AN ORDER OF PROTECTION WITH SUCH FALSE INFORMATION TO KEEP ME FROM MY OWN CHILD AND MY CHILD TO BE KEPT FROM ME, NOT INFORMING THE RESPONDENT OF SUCH ORDER OF PROTECTION, BROADCASTING FALSE INFORMATION NATIONALLY THAT I WAS SERVED WITH AN ORDER OF PROTECTION ( OF WHICH WAS FRAUDULENTLY OBTAINED ) WHEN I WAS NOT SERVED TO HAVE ME ARRESTED FOR SOMETHING AS SIMPLE AND INNOCENT AS GOING TO SEE MY OWN CHILD,... SUCH TRAP SET AND NOW TO BE TOLD I AM GOING TO BE ARRESTED FOR BEING AT MY DAUGHTERS SCHOOL WHEN I WAS NOT INFORMED I COULD NOT DO SO IS SOMETHING THAT MONEY CANNOT TAKE THE PLACE OF. MY ENTIRE SENSE OF SECURITY, BOND WITH MY CHILD AND SENSE OF FREEDOM HAS BEEN DESTROYED. A TRAP SET TO HAVE ME ARRESTED FOR A CRIME I DIDNT COMMIT, OBTAINED BY PROFESSING CRIMES AND CONVICTION THAT NEVER TOOK PLACE.TO DO THIS TO ME AND MY DAUGHTER IS HARMFUL TO MY DAUGHTER AND I BEYOND MONEY.

V. **Relief** IF MY DAUGHTER SAW HER FATHER ARRESTED FOR JUST COMING TO GIVE HER A HUG AND KISS ? HER DAMAGE. MY DAMAGE. MY HUMILIATION AND DESTRUCTION OF FREEDOM .

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

FOR RELIEF I AM REQUESTING AN INJUCTION OF PROCEEDINGS AT ACS / FAMILY COURT PENDING OUTCOME OF CASE IN FEDERAL COURT.
FOR ULTIMATE RELIEF I AM REQUESTING DISMISSAL OF ACS CASE, MONETARY DAMAGES AND RETURN OF MY DAUGHTER TO MY CUSTODY AND CARE.
I AM ALSO REQUESTING AN INJUNCTION ON THE 3-26-21 ORDER OF PROTECTION UNTIL MATTER IS DECIDED AT FEDERAL COURT SO THAT I AM NOT FALSELY ARRESTED.
CIVIL PROCEEDINGS ARE BEING USED TO CRIMINALLY VICTIMIZE THE RESPONDENT. SUCH DAMAGE TO ME AND MY DAUGHTER IS NOT ACCEPTABLE AND MONETARILY PRICELESS. I AM ENTITLED TO PUNITIVE, EXEMPLARY, ETC. DAMAGE AS WELL AS ACTUAL SINCE ONE CANNOT PUT A PRICE ON FREEDOM AND RIGHTS AS BEING AN AMERICAN. TO USE FALSE INFORMATION TO NOT JUST PUT A FATHER IN JAIL BUT TO USE SUCH INFORMATION IN THEIR CASE AGAINST RESPONDENT TO PREVENT ME FROM SEEING MY DAUGHTER AND HAVING A RELATIONSHIP WITH MY DAUGHTER, VIOLATING MY SUBSTANTIVE AND PROCEDURAL DUE PROCESS RIGHTS. THERE HAS BEEN NO RETRACTION, INTERVENTION , CONDEMNATION OR APOLOGY UPON WHAT IS OCCURRING BY ANY DEFENDANT.. FALSE ARREST IS IMMINENT.

**DUE TO THE NUMBER OF PARTIES TO THIS CASE, I AM REQUESTING FOR THE BENEFIT OF ALL INVOLVED FOR SERVICE TO BE BY EMAIL.**

**NOTE : IN AMENDED FILING I WILL CLEARLY OUTLINE THE ROLES / ACTIONS OF ALL OF THE DEFENDANTS IN THIS COMPLAINT.**

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06/24/2021

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: ROBERT MALEK

### B. For Attorneys

Date of signing: 06/24/2021

Signature of Pro Se: *[signature]*
Printed Name of Pro Se: ROBERT MALEK
Bar Number: N/A
Name of Law Firm: N/A
Street Address: 2609 EAST 14TH STREET # 304, BROOKLYN
State and Zip Code: N.Y. 11235
Telephone Number: 929 441 8429
E-mail Address: ABC75ABC@GMAIL.COM

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06/24/2021

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: ROBERT MALEK

### B. For Attorneys

Date of signing: 06/24/2021

Signature of Pro Se: *[signature]*
Printed Name of Pro Se: ROBERT MALEK
Bar Number: N/A
Name of Law Firm: N/A
Street Address: 2609 EAST 14TH STREET # 304, BROOKLYN
State and Zip Code: N.Y. 11235
Telephone Number: 929 441 8429
E-mail Address: ABC75ABC@GMAIL.COM

## NOTE : THIS FILING WILL BE AMENDED WITHIN THE NEXT 14 DAYS OR LESS TO BE MUCH MORE DETAILED / COMPREHENSIVE. IT WILL OUTLINE THE ROLES / ACTIONS, ETC. OF ALL THE DEFENDANTS.

*[signature]*

**ROBERT MALEK**

**DATED : 6-24-2021**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
ROBERT MALEK,
ROBERT MALEK, C/O MARGARET MALEK

**(b)** County of Residence of First Listed Plaintiff __KINGS__
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
ROBERT MALEK, PRO SE, 2609 EAST 14TH ST.
# 304, BROOKLYN, NEW YORK 11235
ABC75ABC@GMAIL.COM
929-441-8429

## DEFENDANTS
ACS ET. AL..... ( PLEASE SEE ATTACHED )

County of Residence of First Listed Defendant __NEW YORK__
*(IN U.S. PLAINTIFF CASES ONLY)*

Attorneys *(If Known)*
PLEASE SEE ATTACHED

RECEIVED JUN 24 2021 USDC W.P.

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question
  **CIVIL RIGHTS, ETC.**
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [x] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- 153 Recovery of Overpayment of Veteran's Benefits
- 160 Stockholders' Suits
- 190 Other Contract
- 195 Contract Product Liability
- 196 Franchise

**REAL PROPERTY**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**TORTS**
PERSONAL INJURY
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Injury
- 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- [x] 440 Other Civil Rights
- 441 Voting
- 442 Employment
- 443 Housing/ Accommodations
- 445 Amer. w/Disabilities - Employment
- 446 Amer. w/Disabilities - Other
- 448 Education

PERSONAL INJURY
- 365 Personal Injury - Product Liability
- 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**PRISONER PETITIONS**
Habeas Corpus:
- 463 Alien Detainee
- 510 Motions to Vacate Sentence
- 530 General
- 535 Death Penalty
Other:
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition
- 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- 625 Drug Related Seizure of Property 21 USC 881
- 690 Other

**LABOR**
- 710 Fair Labor Standards Act
- 720 Labor/Management Relations
- 740 Railway Labor Act
- 751 Family and Medical Leave Act
- 790 Other Labor Litigation
- 791 Employee Retirement Income Security Act

**IMMIGRATION**
- 462 Naturalization Application
- 465 Other Immigration Actions

**BANKRUPTCY**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- 820 Copyrights
- 830 Patent
- 835 Patent - Abbreviated New Drug Application
- 840 Trademark
- 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

**FEDERAL TAX SUITS**
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- 375 False Claims Act
- 376 Qui Tam (31 USC 3729(a))
- 400 State Reapportionment
- 410 Antitrust
- 430 Banks and Banking
- 450 Commerce
- 460 Deportation
- 470 Racketeer Influenced and Corrupt Organizations
- 480 Consumer Credit (15 USC 1681 or 1692)
- 485 Telephone Consumer Protection Act
- 490 Cable/Sat TV
- 850 Securities/Commodities/ Exchange
- 890 Other Statutory Actions
- 891 Agricultural Acts
- 893 Environmental Matters
- 895 Freedom of Information Act
- 896 Arbitration
- 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
CITE THE US CIVIL STATUTES UNDER WHICH YOU ARE FILING: 42 US 1981 ( A ), 42 US 1983, 42 US 1985 (3), 42 US 1986, 42 US 2000A ( A ), 42 US 2000A -2, 42 US 2000A-3, 42 US 2000A-6, 42 US 2000 B -2, 42 USC 2000D ET SEQ., CIVIL RIGHTS ACT OF 1964 TITLE VI - EX. ORD. NO. 13899, ETC. (ATTACHED )

BRIEF DESCRIPTION : A FRAUDULENT COURT REPORT OF FALSE CRIMINAL BACKGROUND WAS FILED TO SUPPORT EITHER IN WHOLE OR PART THE ISSUANCE OF AN UNSERVED ORDER O PROTECTION TO SET A TRAP TO HAVE FATHER WHOM ACS CONSIDERS TO BE JEWISH AND HENCEFORTH NOT AMERICAN ARRESTED FOR VIOLATING,

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ **$ 4,000,000,000**

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes [ ] No
**DEFINITELY**

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE **6-23-2021**
SIGNATURE OF ATTORNEY OF RECORD *Robert Malek*

FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.
   (b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)
   (c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V. **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.